UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No. 17-cv-7790 ) |
| v. | ) Judge Der-Yeghiayan ) |
| A1 JANITORIAL SUPPLY CORP., *et al.*, | ) Magistrate Judge Weisman ) |
| Defendants. | ) ) |

**AGREED MOTION TO RESCHEDULE PRELIMINARY INJNCTION HEARING, TO EXTEND THE *EX PARTE* TEMPORARY RESTRAINING ORDER, AND TO EXTEND THE DATE FOR DEFENDANTS' RESPONSE TO COMPLAINT**

Plaintiff Federal Trade Commission ("FTC") and Defendants A1 Janitorial Supply Corp., Century Manufacturing Corp., Commercial Maintenance Chemical Corp., Global Direct Resources, Inc., Eric Sternberg, and Matthew Sternberg ("Defendants"), by and through the undersigned, pursuant to Rules 6(b) and 65(b) of the Federal Rules of Civil Procedure, request that the Court enter an Order providing:

**Reschedule Preliminary Injunction Hearing**

1. That the rule to show cause hearing on the FTC's motion for a preliminary injunction against Defendants shall be held on December 6, 2017, at 9:30 a.m., in the Courtroom of the Honorable Samuel Der-Yeghiayan, Courtroom 1903, United States Courthouse, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604; and that the hearing date currently set for November 15, 2017, at 9:30 a.m. (Dkt. No. 16 § XVI) shall be stricken;

1

**Extend Temporary Restraining Order**

2. That the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO") entered in this matter on November 1, 2017 (Dkt. No. 16), shall be extended in full force and effect against Defendants through and until the close of business on December 6, 2017, or the date of the Court's ruling on the FTC's motion for a preliminary injunction, whichever is later, subject to the modifications below;

3. That the TRO shall be modified accordingly, such that:

 a. Pursuant to Section XVII (Briefs and Affidavits Concerning Preliminary Injunction), Defendants shall file with the Court and serve on FTC counsel any answering affidavits, pleadings, motions, expert reports or declarations, and/or legal memoranda no later than November 28, 2017; the FTC may file responsive or supplemental pleadings, materials, affidavits, or memoranda with the Court and serve the same on counsel for Defendants no later than December 4, 2017; and service of any such documents shall be performed by personal or overnight delivery, by electronic filing, by electronic mail, or by facsimile, and documents shall be delivered so that such that they shall be received by the other parties no later than 4:00 p.m. (Central Time) on the appropriate dates listed in this subparagraph; and

 b. Pursuant to Section XVIII (Motion for Live Testimony; Witness Identification), any motions for live testimony shall be filed no later than November 28, 2017; any papers opposing a timely motion to present live testimony shall be filed no later than December 4, 2017; and service of any such documents shall be performed by personal or overnight delivery, by electronic filing, by electronic mail, or by facsimile, such that they shall

be received by the other parties no later than 4:00 p.m. (Central Time) on the appropriate dates listed in this subparagraph; and

**Extend Due Date for Defendants' Response to the FTC's Complaint**

4. That Defendants' response to the FTC's complaint in this matter shall be due on December 20, 2017.

WHEREFORE, the FTC and Defendants request that the Court reschedule the preliminary injunction hearing for December 6, 2017, at 9:30 a.m., extend the Temporary Restraining Order as set forth above, and extend the date for Defendants' response to the FTC's complaint to December 20, 2017. A proposed order has been submitted in Word format to the Court's proposed order email address.

Dated: November 14, 2017                    Respectfully submitted,

FOR PLAINTIFF:                              FOR DEFENDANTS:

/s/ Guy G. Ward                             /s/ Steven Wernikoff
John C. Hallerud                            Steven Wernikoff
Guy G. Ward                                 Honigman Miller Schwartz
Federal Trade Commission                    and Cohn LLP
230 S. Dearborn Street, Suite 3030          One South Wacker Drive, 28th Floor
Chicago, Illinois 60604                     Chicago, Illinois 60606
(312) 960-5615                              (312) 701-9380
gward@ftc.gov                               swernikoff@honigman.com

**CERTIFICATE OF SERVICE**

I, Guy G. Ward, an attorney, hereby certify that, on November 14, 2017, I caused to be served true copies of the foregoing Agreed Motion to Reschedule Preliminary Injunction Hearing, to Extend the *Ex Parte* Temporary Restraining Order, and to Extend the Date for Defendants' Response to Complaint through the CM/ECF System on all counsel of record.

/s/ Guy G. Ward
Guy G. Ward
Federal Trade Commission
230 S. Dearborn Street, Suite 3030
Chicago, Illinois 60604
(312) 960-5612
gward@ftc.gov

Attorney for Plaintiff
FEDERAL TRADE COMMISSION