UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 17 CV 7790 |
| | ) | HON. JOHN Z. LEE |
| A-JANITORIAL SUPPLY CORP., | ) | |
| CENTURY MANUFACTURING CORP., | ) | |
| COMMERCIAL MAINTENANCE | ) | |
| CHEMICAL CORP., GLOBAL DIRECT | ) | |
| RESOURCES, INC. ERIC STERNBERG | ) | |
| and MATTHEW STERNBERG, Jointly | ) | |
| and Severally | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

NOW COMES CENDROWSKI CORPORATE ADVISORS, by and through their attorneys, HARVEY K. BABCOCK & ASSOCIATES who states as follows:

1.     The undersigned Harvey K. Babcock is the general counsel for CENDROWSKI CORPORATE ADVISORS, LLC., as described in the Opinion issued by the Honorable John Z. Lee on February 24, 2020.

2.     That on February 24, 2020 the Honorable John Z. Lee issued an Opinion which was ordered describing the fee awards as contained in Table 1 of the opinion as attached hereto marked **(Exhibit A)**.

3.     That as a result of the Opinion, and the calculations made by Judge Lee, CENDROWSKI CORPORATE ADVISORS, LLC., was awarded a total fee and cost in the amount of $109, 022.76.

4.     This Order is a joint Order against all Defendants in the litigation to include A-1 Janitorial Supply Corporation, Century Manufacturing Corporation, Commercial Maintenance Chemical Corporation, Global Direct Resources, Inc., Eric Sternberg and Matthew Sternberg.

5.     That since the entry of the Order the Defendants have not attempted to, nor have they paid any monies whatsoever pursuant to the Order of Judge Lee.

6.     The undersigned attorney has filed this motion to allow him to join the above-captioned case on behalf of Cendrowski Corporate Advisors for purposes of seeking this court's Order to enter judgment against the Defendants for the sums awarded by Judge Lee on February 24, 2020 in order to collect those sums from Defendants.

7.     The undersigned has filed with this Court a Motion For Leave To Appear Pro Hac Vice attached hereto marked (**Exhibit B**) and a designation of local counsel pursuant to the local rules cited in the motion described.

8.     Attached hereto is the proposed order to enter judgment against Defendants. (**Exhibit C**)

**WHEREFORE,** Cendrowski Corporate Advisors, LLC., request this Court enter Judgment attached hereto and enter the Order authorizing Harvey K. Babcock &

Associates, its counsel to appear in the above-captioned matter on behalf of

CENDROWSKI CORPORATE ADVISORS, LLC., for purposes of awarding judgment

against all Defendants pursuant to the order of Judge Lee dated February 24, 2020

Respectfully Submitted,

HARVEY K. BABCOCK & ASSOCIATES

By: _____

Harvey K. Babcock (P-23718)
Attorney for Cendrowski Corporate Advisors
30445 Northwestern Highway, Ste. 230
Farmington Hills, MI 48334
(248) 851-2860
harvey@babcockcarlson.com

Dated: February 28, 2023