AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois  ▼

| | |
|---|---|
| FEDERAL TRADE COMISSION | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 17C7790 |
| ERIC STERNBERG  MATTHEW STERNBERG ET AL | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑ other:  JUDGMENT IS ENTERED AGAINST  ERIC STERNBERG, MATHEW STERNBERG,A1 JANITORIAL
CORP,COMMERCIAL MAINTENCE CHEMICAL CORP FOR  $109,022.76 PLUS INTEREST IN FAVOR
OF CENDROWSKI CORPORATE ADVISORS LLC AS COSTS AND FEES FOR WORK PERFORMED IN
ABOVE CAPTIONED CASE PER COURT ORDER OF HONORABLE JOHN Z.LEE FEBRUARY 24 2020

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge M JOHN Z. LEE _____ on a motion for
COSTS AND FEES FOR ATTORNEYS AND FINANCIAL EXPERTS ISSUED FEBRUAYY 24,2020

Date: _____

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEDERAL TRADE COMMISSION, )
)
    Plaintiff, )
)
vs. )
)     17 CV 7790
)     HON. JOHN Z. LEE
A-JANITORIAL SUPPLY CORP., )
CENTURY MANUFACTURING CORP., )
COMMERCIAL MAINTENANCE )
CHEMICAL CORP., GLOBAL DIRECT )
RESOURCES, INC. ERIC STERNBERG )
and MATTHEW STERNBERG, Jointly )
and Severally )
)
    Defendants. )

## NOTICE OF DESIGNATED LOCAL COUNSEL

NOW COMES, Harvey K. Babcock, attorney for and on behalf of

CENDROWSKI CORPORATE ADVISORS, LLC., an Illinois Limited Liability Company,

who designates the following attorney as local counsel pursuant to Local Rule

83.15(a).

        Colleen Thomas - Bar No. 06226227
        30 Northwestern Street
        Carpentersville, Illinois 60110
        Email: collections@cgtlaw.com

In addition, the undersigned request this Court allow the undersigned to

join the above-captioned matter as attorneys for CENDROWSKI CORPORATE

ADVISORS, LLC.

Respectfully Submitted,

HARVEY K. BABCOCK & ASSOCIATES

By: _____

Harvey K. Babcock (P-23718)
Attorney for Cendrowski Corporate Advisors
30445 Northwestern Highway, Ste. 230
Farmington Hills, MI 48334
(248) 851-2860
harvey@babcockcarlson.com

Dated: February 28, 2023

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 17 CV 7790 |
| | ) | HON. JOHN Z. LEE |
| A-JANITORIAL SUPPLY CORP., | ) | |
| CENTURY MANUFACTURING CORP., | ) | |
| COMMERCIAL MAINTENANCE | ) | |
| CHEMICAL CORP., GLOBAL DIRECT | ) | |
| RESOURCES, INC. ERIC STERNBERG | ) | |
| and MATTHEW STERNBERG, Jointly | ) | |
| and Severally | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

NOW COMES CENDROWSKI CORPORATE ADVISORS, by and through their
attorneys, HARVEY K. BABCOCK & ASSOCIATES who states as follows:

1.      The undersigned Harvey K. Babcock is the general counsel for
CENDROWSKI CORPORATE ADVISORS, LLC., as described in the Opinion issued
by the Honorable John Z. Lee on February 24, 2020.

2.      That on February 24, 2020 the Honorable John Z. Lee issued an
Opinion which was ordered describing the fee awards as contained in Table 1 of
the opinion as attached hereto marked **(Exhibit A).**

3.     That as a result of the Opinion, and the calculations made by Judge Lee, CENDROWSKI CORPORATE ADVISORS, LLC., was awarded a total fee and cost in the amount of $109, 022.76.

4.     This Order is a joint Order against all Defendants in the litigation to include A-1 Janitorial Supply Corporation, Century Manufacturing Corporation, Commercial Maintenance Chemical Corporation, Global Direct Resources, Inc., Eric Sternberg and Matthew Sternberg.

5.     That since the entry of the Order the Defendants have not attempted to, nor have they paid any monies whatsoever pursuant to the Order of Judge Lee.

6.     The undersigned attorney has filed this motion to allow him to join the above-captioned case on behalf of Cendrowski Corporate Advisors for purposes of seeking this court's Order to enter judgment against the Defendants for the sums awarded by Judge Lee on February 24, 2020 in order to collect those sums from Defendants.

7.     The undersigned has filed with this Court a Motion For Leave To Appear Pro Hac Vice attached hereto marked **(Exhibit B)** and a designation of local counsel pursuant to the local rules cited in the motion described.

8.     Attached hereto is the proposed order to enter judgment against Defendants. **(Exhibit C)**

WHEREFORE, Cendrowski Corporate Advisors, LLC., request this Court enter Judgment attached hereto and enter the Order authorizing Harvey K. Babcock &

Associates, its counsel to appear in the above-captioned matter on behalf of

CENDROWSKI CORPORATE ADVISORS, LLC., for purposes of awarding judgment

against all Defendants pursuant to the order of Judge Lee dated February 24, 2020

Respectfully Submitted,

HARVEY K. BABCOCK & ASSOCIATES

By: _____

Harvey K. Babcock (P-23718)
Attorney for Cendrowski Corporate Advisors
30445 Northwestern Highway, Ste. 230
Farmington Hills, MI 48334
(248) 851-2860
harvey@babcockcarlson.com

Dated: February 28, 2023

# EXHIBIT A

### Table 1: Fee Awards

|  | Receiver | Fox Rothschild | CCA |
|---|---|---|---|
| Fees Requested | $99,123.75 | $317,328.98 | $182,484.45 |
| Deductions | $0 | $19,527.47 | $36,496.89 |
| Fees Awarded | $99,123.75 | $297,801.51[6] | $145,987.56 |
|  |  |  |  |
| Expenses Requested | $12,296.31 | $14,842.02 | $2,948.01 |
| Deductions | $0 | $908.25 | $1,127.50 |
| Expenses Awarded | $12,296.31 | $13,933.77 | $1,821.51 |
|  |  |  |  |
| Total Amount Awarded | $111,420.06 | $311,735.28 | $147,809.07 |
|  |  |  |  |
| Holdback Amount | $59.960.24 | $246,572.31 | $146,646.15 |
| Interim Payments | $51,459.82 | $85,598.68 | $38,786.31 |
|  |  |  |  |
| Payment Due[7] | $59,960.24 | $226,136.60 | $109,022.76 |

---

[6] This deduction reflects the Court's ruling that Fox Rothschild may collect only 3% of the total award in fees related to preparing fee applications. The $297,801.51 figure represents Fox Rothchild's requested fees (317,328.98) minus the requested fee application amount (36,157.50) plus (16,630.03), which reflects 3% of the total fees and expenses awarded to all three applicants (554,334.38).

[7] This represents the total amount awarded minus the amount of interim payments.

## Conclusion

The fee applications submitted by the Receiver and his professionals are granted in part and denied in part. The Court trims those applications in three ways. First, CCA's fee is reduced by 20% to reflect deficiencies in the results they produced and the documentation they filed. Second, Fox Rothschild may recover only 3% of the total award as compensation for the time they spent preparing fee applications. Third, CCA and Fox Rothschild may not claim certain expenses, as detailed above. The Court approves the fee applications in all other respects.

**IT IS SO ORDERED.**

ENTERED: 2/24/20

John Lee

_____

**JOHN Z. LEE**
**United States District Judge**

20

# EXHIBIT B

**United States District Court Northern District of Illinois**
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

| Case Title: FEDERAL TRADE COMMISSION VS. A-1 JANITORIAL SUPPLY CORP, ERIC STERNBERG, MATTHEW STERNBERG ET AL | Plaintiff(s) / Defendant(s) |
|---|---|

| Case Number: 17 C 7790 | Judge: JOHN Z LEE |
|---|---|

I, **HARVEY BABCOCK** hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

**CENDROWSKI CORPORATE ADVISORS** by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| MICHIGAN FEDERAL COURT EASTERN DISTRICT | JUNE 11 1974 |
| US COURT APPEALS 6TH CIRCUIT | JUNE 28 2004 |
| STATE COURTS IN MICHIGAN | MAY 1974 |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | NONE | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?** Yes [X]  No [ ]

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | | |
|---|---|---|---|
| **sanctioned, censured, suspended, disbarred, or otherwise disciplined by any court?** | Yes ☐ | No | ☒ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | Yes ☐ | No | ☒ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | Yes ☐ | No | ☒ |
| **denied admission to the bar of any court?** | Yes ☐ | No | ☒ |
| **held in contempt of court?** | Yes ☐ | No | ☒ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| FEBRUARY 2023 | S/ *Harvey Babcock* |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name BABCOCK | First Name HARVEY | Middle Name/Initial K |
|---|---|---|---|
| Applicant's Law Firm | HARVEY BABCOCK AND ASSOC | | |

| Applicant's Address | Street Address 30445 NORTHWESTERN HWY | | | Room/Suite Number 230 |
|---|---|---|---|---|
| | City FARMINGTON HILLS | State MI | ZIP Code 48334 | Work Phone Number 248 851 2860 |
| | | | | Email Address HARVEY@BABCOCKCARLSON.COM |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $188.00 The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 8/3/2022

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEDERAL TRADE COMMISSION,  )
)
    Plaintiff,  )
)
vs.  )      17 CV 7790
)      HON. JOHN Z. LEE
A-JANITORIAL SUPPLY CORP.,  )
CENTURY MANUFACTURING CORP.,  )
COMMERCIAL MAINTENANCE  )
CHEMICAL CORP., GLOBAL DIRECT  )
RESOURCES, INC. ERIC STERNBERG  )
and MATTHEW STERNBERG, Jointly  )
and Severally  )
)
    Defendants.  )

## ORDER AUTHORIZING JUDGMENT IN CIVIL ACTION

At a session of said Court, held in the State of Illinois
on: _____
PRESENT: HON:_____
             District Court Judge

This matter having come before the Court on the Motion of CENDROWSKI

CORPORATE ADVISORS, LLC.'s general counsel Harvey K. Babcock, and the court

having reviewed the pleadings herein, and the court being fully advised in the

premises,

Now Therefore;

IT IS ORDERED the Motion of Harvey Babcock on behalf of CENDROWSKI

CORPORATE ADVISORS, LLC., for leave to appear Pro Hac Vice in this litigation be,

and is hereby granted.

IT IS FURTHER ORDERED AND ADJUDGED that judgment in a civil action against A-1 Janitorial Supply Corporation, Century Manufacturing Corporation, Commercial Maintenance Chemical Corporation, Global Direct Resource, Inc., Eric Sternberg and Matthew Sternberg as attached hereto be, and hereby is ordered to be entered by the Court.

Dated: February 28, 2023

_____
United District Court Judge